# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,** : | |
|     **Plaintiff,** : | |
| : | |
| **v.** : | **CIVIL ACTION NO. 20-CV-1342** |
| : | |
| **RUSSELL ARRINGTON,** : | |
|     **Defendant.** : | |

## ORDER

This 21st day of July, 2020, upon consideration of Defendant Russell Arrington's Motion to Proceed *In Forma Pauperis* (ECF No. 1), his *pro se* Notice of Removal (ECF No. 2), and the Motion to Remand to State Court filed by Plaintiff Wells Fargo Bank, N.A. (ECF No. 6), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Notice of Removal is **DEEMED** filed.

3. The Motion to Remand to State Court (ECF No. 6) is **GRANTED**.

4. This action shall be **REMANDED** forthwith to the Court of Common Pleas for Delaware County pursuant to 28 U.S.C. § 1447(c) for the reasons stated in the Court's Memorandum.

5. The Clerk of Court shall **CLOSE** this case.

Chambers shall serve this Order and accompanying Memorandum by First Class mail upon Defendant Russell Arrington at 428 Church Lane, Yeadon, PA 19050, posted this same date.

                                            **BY THE COURT:**

                                              /s/ Gerald Austin McHugh
                                            United States District Judge